December 07, 2007

Mr. Charles W. Sartain
Looper Reed & McGraw
1601 Elm Street, Suite 4100
Dallas, TX 75201
Ms. Anne Marie Finch
Godwin Pappas Langley Ronquillo, LLP
5 Houston Center
1401 McKinney, Suite 2700
Houston, TX 77010

RE: Case Number: 04-0931
 Court of Appeals Number: 11-03-00099-CV
 Trial Court Number: 02-07512

Style: SALEH W. IGAL
 v.
 BRIGHTSTAR INFORMATION TECHNOLOGY GROUP, INC. AND BRBA, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above-referenced cause. (Justice Hecht not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
Enclosures
|cc:|Ms. Sherry |
| |Williamson |
| |Mr. Jim Hamlin |
| |Mr. Rance L. Craft|